IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LEE WARREN,<br><br>Defendant. | **4:25CR3106**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 170). The Court has carefully reviewed the record in this case and finds as follows:

1. On March 18, 2026, a federal grand jury in this District returned a five-count Second Superseding Indictment charging Defendant with two counts. (Filing No. 91).

2. The Forfeiture Allegation of the Second Superseding Indictment sought the forfeiture of $8,420.00 United States currency as "any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense." (Filing No. 91).

3. On July 1, 2026, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Count I and admitted to the Forfeiture Allegation in the Second Superseding Indictment (Filing No. 144; Filing No. 144).

4. Count I of the Second Superseding Indictment charged Defendant with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841, 846. (Filing No. 91).

5. Defendant has forfeited his interest in the property. Accordingly, the United States should be entitled to possession of said property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

6. The Government's Motion for Preliminary Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. The Government's Motion for Preliminary Order of Forfeiture (Filing No. 170) is granted.

2. Based upon the Forfeiture Allegation of the Indictment, the Plea Agreement, plea of guilty, and the admission to the forfeiture allegation, the Government is hereby authorized to seize the $8,420.00 United States currency.

3. Defendant's interest in the $8,420.00 United States currency is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $8,420.00 United States currency is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the

nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $8,420.00 United States currency, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 12th day of August, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge